**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

LIVINGTSON ASSET MANAGEMENT, LLC

    Plaintiff

v.

ENZOLYTICS, INC.

    Defendant

Case No: 1:18-cv-02088-GLR

_____

## **ANSWER**

Defendant Enzolytics, Inc., by and through Duncan S. Keir and Price & Keir, LLC, its attorneys, hereby answers the Complaint by Livingston Asset Management, LLC as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied.

7. Admitted.

8. Admitted.

9. Defendant is without sufficient information to Admit or Deny the allegations in this paragraph.

10. Denied.

11. Admitted.

12. Admitted.

WHERFORE, having fully answered, Defendant Enzolytics, Inc., prays this Honorable Court grant the relief requested in the Complaint.

Respectfully submitted,

_____/s/_____
Duncan S. Keir (28353)
Price & Keir, LLC
1777 Reisterstown Road
Suite 340
Baltimore, MD 21208
(410) 528-7205
(410) 670-4252
dkeir@fixedcostlaw.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of July, 2018, to the extent that the following persons were not served via he Cm/ECF system, I caused a copy of the foregoing Answer to be sent by first class mail, postage prepaid to Plaintiff's counsel, Matheau J. W. Stout, 400 E. Pratt Street, 8th Floor, Baltimore Maryland 21202.

_____/s/_____
Duncan S. Keir (28353)